UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN S. WOLLNER,

                Plaintiff,

     -against-

PEARPOP INC. et al,

                Defendant.

26-CV-3207 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 27, 2026, the Plaintiff, who is proceeding pro se, paid the filing fees to commence this action. On April 30, 2026, Judge Analisa Torres referred this case to me for General Pre-trial Supervision. (*See* ECF 8.)

The Clerk of Court is directed to issue summonses as to all named defendants in this matter. Plaintiff is directed to serve the summonses and Complaint on Defendants within 90 days of the date of the issuance of the summons.[1]

If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

If Plaintiff has questions about this Order, filing papers in this judicial district, or any procedural matters, he should contact the Court's Pro Se Intake Unit at (212) 805-0175, or the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the Complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because she had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan are available Monday through Thursday from 10:00 a.m. to 4:00 p.m. Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED:  May 1, 2026                      SO ORDERED.
         New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**