UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN S. WOLLNER,<br><br>                      Plaintiff,<br><br>      -against-<br><br>PEARPOP INC. et al,<br><br>                  Defendant. | 26-CV-3207 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 4, 2026, Plaintiff filed a letter motion seeking to file under seal four exhibits referenced in and attached to the Complaint. (*See* ECF 10, Pla.'s Letter Mot.) This request falls within the scope of reference. (*See* ECF 8, Order of Ref.) Plaintiff shall by **May 11, 2026**, email a copy of the documents he seeks to file under seal to my chambers email address (TarnofskyNYSDChambers@nysd.uscourts.gov) for in camera review.

If Plaintiff has questions about this order or any filings in this case, he is encouraged to contact the independent Legal Assistance Clinic at (212) 382-4794. The Clinic may be able to provide a pro se party with advice in connection with his or her case. The Legal Assistance Clinic is run by a private organization called the City Bar Justice Center. The Clinic is not part of or run by the Court, and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit by email (ProSe@nysd.uscourts.gov) or by mail or hand delivery (Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007).

If Plaintiff would like legal assistance, he should complete the City Bar Justice Center's intake form (available at https://www.nysd.uscourts.gov/attorney/legal-assistance) to make an appointment. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the Clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). Appointments are also available remotely Monday through Friday from 10:00 a.m. to 4:00 p.m.

DATED:  May 8, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**

2