UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN S. WOLLNER,<br><br>                          Plaintiff,<br><br>          -against-<br><br>PEARPOP INC. et al,<br><br>                          Defendant. | 26-CV-3207 (AT) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's Letter Motion for Limited Clarification and Modification of the Court's May 18, 2026 Order (the "May 18 Order") (ECF 17) and Plaintiff's Supplemental Letter (ECF 15). Plaintiff seeks, among other relief, to (1) correct the factual record regarding his use of the term "Co-Founder # 3" instead of the names "Michael Shvartsman" and "Rocket One" in the Complaint (*see* ECF 15, Pl.'s Supp. Letter at 1-2); (2) correct the record regarding the execution status of Exhibit E to the Complaint; and modify certain deadlines. (*See* ECF 17, Pl.'s Letter-Mot. at 1.) I have reviewed Plaintiff's submissions, and the applications are GRANTED IN PART, in that:

1.  The May 18, 2026 order is clarified to reflect that the entity listed in Exhibit A to the Complaint and its owner (Rocket One and Michael Shvartsman) are expressly mentioned by name in the publicly filed Exhibits H, L, P, S, and T to the Complaint but not in the Complaint itself. (*See, e.g.,* ECF 1, Compl. at 5, 14-17, 21-28, 32, 34, 38-39; Ex. H, Settlement Offer; Ex. L, DLA Piper Fourth Production Cover Letter; Ex. P, Advancement Refusal Email Chain; Ex. S,

DLA Piper Settlement Communication March 10, 202; Ex. T, DLA Piper Settlement Communication April 7, 2021.)

2. The text at footnote 2 is a description meant to identify the document rather than a ruling on whether the agreement is legally binding.

3. Plaintiff shall serve this order and the May 18, 2026 order on Defendants at the same time that he serves Defendants with the summonses and Complaint; Plaintiff shall file proof of such service on the docket within 2 business days of effecting such service.

   The Clerk of Court is respectfully requested to terminate ECF 17.


DATED:  May 27, 2026                          SO ORDERED.
         New York, NY

                                              _____
                                              **ROBYN F. TARNOFSKY**
                                              **United States Magistrate Judge**