UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN S. WOLLNER,

Plaintiff,

-against-

PEARPOP INC. et al,

Defendant.

26-CV-3207 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's deadline to serve the remaining defendants was September 14, 2026. (ECF 34.) By **September 22, 2026**, Plaintiff shall file a status update on the docket discussing his efforts to serve the remaining defendants.

DATED: September 15, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**