UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN S. WOLLNER,

Plaintiff,

-against-

PEARPOP INC. et al,

Defendant.

26-CV-3207 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Based on Plaintiff's health problems, his time to effect service on the remaining unserved Defendants is extended nunc pro tunc until **January 4, 2027**. I do not anticipate further extensions of this deadline absent extremely good cause shown. Plaintiff need not at this time provide more information on his efforts to serve the remaining unserved Defendants. Because it would be most efficient to consider the motions to dismiss, if any, of all Defendants at the same time, I will hold in abeyance a report and recommendation on the pending motions to dismiss until after either all unserved Defendants have been served or I issue a report and recommendation to Judge Torres that the claims against the remaining unserved Defendants be dismissed for failure of service.

The Clerk of Court is respectfully requested to terminate ECF 29 and ECF 31, without prejudice to those motions being refiled after the remaining unserved Defendants have either been served or dismissed from the case. The Clerk of Court is also respectfully requested to strike the order at ECF 41.

DATED: September 25, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE